# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ZAHARIDES,<br><br>         Plaintiff,<br><br>    v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>         Defendant. | Case No.: 1:14-cv-00283 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED DECEMBER 29, 2014 |

On December 29, 2014, the Court issued an order to Plaintiff to show cause why the action should not be dismissed for his failure to prosecute, directing Plaintiff to file an opening brief within fourteen days of the date of service. (Doc. 13.) On January 12, 2015, Plaintiff complied with the terms of the Court's order by filing his opening brief in the action. (Doc. 14.)

Accordingly, **IT IS HEREBY ORDERED** that the Order to Show Cause dated December 29, 2014 (Doc. 13) is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **January 14, 2015**                    **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE

1